IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HARVEY TORRES                                                                    PLAINTIFF

v.                              No. 3:15-cv-205-DPM

MIDLAND FUNDING LLC, a                                                       DEFENDANTS
California Corporation;
LAW OFFICE OF STEPHEN P.
LAMB, an Arkansas Corporation;
STEPHEN P. LAMB; and MAC GOLDEN

## JUDGMENT

Torres's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2015